UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAY JOY S. BIAGINI,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 24-cv-03364-HSG

**SCHEDULING ORDER**

A case management conference was held on September 17, 2024. Having considered the parties' proposal, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 15, 2024 |
| Deadline to Hear Non-Dispositive Motions | February 6, 2025, at 2:00 p.m. |
| Deadline to Lodge Administrative Record | February 27, 2025 |
| Plaintiff's Opening Rule 52 Motions | February 27, 2025 |
| Prudential's Opening/Opposition Brief | March 27, 2025 |
| Plaintiff's Opposition/ Reply Brief | April 17, 2025 |
| Prudential's Reply Brief | May 8, 2025 |
| Rule 52 Cross-Motions Hearing/ Bench Trial | May 30, 2025, at 10:00 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  **IT IS SO ORDERED.**
4  Dated: 9/19/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge