Jason A. James (SBN 265129)
E-mail:  jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel:  949.863.3363     Fax:  949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY JOY BIAGINI,<br><br>           Plaintiff,<br><br>     v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>           Defendant. | Case No. 4:24-cv-03364-HSG<br><br>**STIPULATION REGARDING THE STANDARD OF REVIEW; ORDER**<br><br>Judge:   Haywood S. Gilliam, Jr.<br>Courtroom:  2, 4th Floor<br><br>Complaint Filed:  June 4, 2024 |

Plaintiff MAY JOY S. BIAGINI ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their respective counsel, hereby submit this Stipulation Regarding the Standard of Review pursuant to the Court's Order dated September 18, 2024 [Dkt. No. 19].

WHEREAS, the parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*;

WHEREAS, one of the issues to be decided in an ERISA benefits case is whether the standard of review is abuse of discretion or *de novo*;

WHEREAS, the parties agree that the standard of review to be utilized on cross-motions for judgment in this ERISA case will be *de novo*;

WHEREAS, the parties' agreement as to the standard of review relates solely to this particular case and does not give rise to any waiver or prejudice in any other cases brought against

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4885-2466-6605 v1

1

Case No. 4:24-cv-03364-HSG
STIPULATION REGARDING THE STANDARD OF REVIEW

1  Prudential.

2      IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their

3  counsel of record, as follows:

4      1.    The parties agree that this Court shall apply a *de novo* standard of review in this case.

5  This Stipulation regarding the standard of review is specifically limited to the facts and

6  circumstances of this particular case;

7      2.    The parties further agree that there will be no discovery in this case.

8  **IT IS SO STIPULATED.**

Dated: October 9, 2024        BOLT KEENLEY KIM LLP

By:    */s/ Brian H. Kim*
Brian H. Kim
Attorneys for Plaintiff
MAY JOY S. BIAGINI

Dated: October 9, 2024        BURKE, WILLIAMS & SORENSEN, LLP

By:    */s/ Jason A. James*
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

### **FILER ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER GRANTING STIPULATION**

Based upon the parties' Stipulation Regarding the Standard of Review, the Court hereby orders that the *de novo* standard of review shall be applied in this ERISA matter. This Order regarding the standard of review is specifically limited to the facts and circumstances of this particular case. It is further ordered that there shall be no discovery in this case.

**IT IS SO ORDERED.**

Dated: 10/11/2024

*[Signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4885-2466-6605 v1

1

Case No. 4:24-cv-03364-HSG
STIPULATION REGARDING THE STANDARD OF REVIEW