Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY JOY BIAGINI, | Case No. 4:24-cv-03364-HSG |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Judge:   Haywood S. Gilliam, Jr. Courtroom: 2, 4th Floor |
| Defendant. | Complaint Filed:  June 4, 2024 |

WHEREAS, the Court has set December 17, 2024 as the deadline to complete private mediation in this matter [Dkt. No. 21];

WHEREAS, the parties have been engaged in informal settlement negotiations for the past few months, but have reached an impasse;

WHEREAS, the parties delayed in scheduling a private mediation in the hope of resolving the case informally;

WHEREAS, given the impasse in informal negotiations, the parties have scheduled a private mediation with Rebecca Grey, Esq. of JudicateWest for January 29, 2025, which was the soonest date Ms. Grey, the parties, and their counsel were available;

WHEREAS, the parties respectfully request that the mediation deadline in this matter be extended to January 29, 2025;

WHEREAS, the parties agree that extending the mediation deadline to January 29, 2025 will

4909-3178-7013 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 4:24-cv-03364-HSG
STIPULATION TO EXTEND MEDIATION DEADLINE

1  not impact any other dates or deadlines set by the Court. Merits briefing is set to begin in this
2  ERISA matter on February 27, 2025. (Dkt. No. 22).
3      IT IS HEREBY STIPULATED, by and between the parties, by and through their counsel of
4  record, that the parties respectfully request the mediation deadline be extended to January 29, 2025.
5  **IT IS SO STIPULATED.**

Dated: December 12, 2024                    BOLT KEENLEY KIM LLP


By:  */s/ Brian H. Kim*
     Brian H. Kim
     Attorneys for Plaintiff
     MAY JOY S. BIAGINI


Dated: December 12, 2024                    BURKE, WILLIAMS & SORENSEN, LLP


By:  */s/ Jason A. James*
     Jason A. James
     Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA

**Filer's Attestation**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

## ORDER GRANTING STIPULATION

The Court, having reviewed the Stipulation to Extend Mediation Deadline and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** that the deadline to complete private mediation in this matter is extended to January 29, 2025.

**IT IS SO ORDERED.**

Dated: 12/12/2024

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4909-3178-7013 v1

1

Case No. 4:24-cv-03364-HSG
STIPULATION TO EXTEND MEDIATION DEADLINE