1  Jason A. James (SBN 265129)
   E-mail:  jjames@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   18300 Von Karman Avenue, Suite 650
3  Irvine, California 92612-1032
   Tel:  949.863.3363    Fax:  949.863.3350
4
   Attorneys for Defendant
5  THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MAY JOY S. BIAGINI, | Case No. 4:24-cv-03364-HSG |
| 12           Plaintiff, | **STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE; ORDER** |
| 13        v. | |
| 14  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Judge:    Haywood S. Gilliam, Jr. Courtroom:  2, 4th Floor |
| 15           Defendant. | Complaint Filed:  June 4, 2024 |
| 16 | |

17        IT IS HEREBY STIPULATED, by and between plaintiff MAY JOY S. BIAGINI

18  ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

19  ("Prudential"), by and through their attorneys of record, that this action shall be dismissed in its

20  entirety with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41(a).  Each party shall bear

21  her or its own attorneys' fees and costs.

22        The parties seek the Court's approval of the dismissal of the action with prejudice.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    **IT IS SO STIPULATED.**

2    Dated: March 21, 2025                    BOLT KEENLEY KIM, LLP

3

4                                            By:  _____/s/ Brian Kim_____

5                                                 Brian Kim

6                                                 Attorneys for Plaintiff
                                                 MAY JOY S. BIAGINI

7

8    Dated: March 21, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

9

10                                           By:  _____/s/ Jason A. James_____

11                                                Jason A. James
                                                 Attorneys for Defendant

12                                                THE PRUDENTIAL INSURANCE
                                                 COMPANY OF AMERICA

13                                **Filer's Attestation**

14           The filing attorney attests that he has obtained concurrence regarding the filing of this

15   document and its content from the signatories to this document.

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4922-6138-6027 v1                          2                    Case No. 4:24-cv-03364-HSG
                                                   STIPULATION TO DISMISS THE ENTIRE
                                                          ACTION WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:    3/21/2025

_Haywood S. Gilliam, Jr._

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4922-6138-6027 v1                        1                        Case No. 4:24-cv-03364-HSG
STIPULATION TO DISMISS THE ENTIRE
ACTION WITH PREJUDICE